

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2025

No. 04-23-00328-CR

**EX PARTE** Gilberto **RODRIGUEZ-MEJORADA**

From the County Court, Jim Hogg County, Texas
Trial Court No. 1035C
Honorable Greg Perkes, Judge Presiding

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Adrian A. Spears II, Justice

In accordance with this court's opinion of this date, we **DISMISS** Gilberto Rodriguez-Mejorada's appeal.

It is so **ORDERED** on March 26, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk

